IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

Record No. 13-4650

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

V.

JOSE MORALES,
    Defendant-Appellant.

**MOTION TO SEVER**

Undersigned counsel hereby requests that this Honorable Court enter its Order severing Mr. Morales' appeal from his co-defendants' cases.

As grounds for this Motion undersigned counsel states as follows:

1)  Mr. Morales entered a guilty plea in district court.  He is appealing his sentence.  Mr. Morales received a sentence within the advisory guideline range.  After he filed his notice of appeal, this Court consolidated his case with those of his co-defendants: Xavier Deshawn Lymas, Jessie Gomez, and Lionel Bernard Newman, Jr.  Each of Mr. Morales' co-defendants received a sentence outside of the advisory guideline range.

2)  In his plea agreement, Mr. Morales waived his right to appeal anything other than a sentence imposed outside of the advisory guideline range.  Counsel anticipates that the Government will seek to enforce the waiver.

3)  After reviewing the record, counsel has determined that there are no meritorious issues and I will be filing an Anders brief in Mr. Morales' case.

4)  I believe that it will be easier and less confusing for all parties involved if Mr. Morales' appeal is filed separately from his co-defendants' appeals.

WHEREFORE, undersigned counsel requests that this Honorable Court enter its Order severing Mr. Morales' appeal from that of his co-defendants.

Respectfully submitted this the 11th day of March 2014.

/s/ Mark E. Edwards
Attorney for Defendant-Appellant
P.O. Box 77
Durham, N.C. 27702
919-688-9555 fax-683-5650
N.C. Bar # 16995

## CERTIFICATE OF SERVICE

I hereby certify on this the 11th of March 2014, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system which will send notification to AUSA Jennifer May-Parker and to counsel for the co-defendants.

/s/ Mark E. Edwards